UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROLAND TIBBE, )
)
      Plaintiff, )
)
v. ) Case No. 1:18-cv-108
)
COMMISSIONER OF ) Honorable Phillip J. Green
SOCIAL SECURITY, )
)
      Defendant. )
_____)

**JUDGMENT AWARDING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $3,500.00 as full and final adjudication of EAJA fees and expenses in this action.

Dated: February 26, 2019      /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                   United States Magistrate Judge